**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____   Chapter   11

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy       4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | N. L. Abrolat, Inc. |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | DBA  Abrolat & Associates PC<br>DBA  Abrolat Law PC |
| 3. | Debtor's federal Employer Identification Number (EIN) | 95-4833994 |

| | | | |
|---|---|---|---|
| 4. | Debtor's address | **Principal place of business**<br><br>840 Apollo Street<br>Suite 300<br>El Segundo, CA 90245<br>Number, Street, City, State & ZIP Code<br><br>Los Angeles<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | www.abrolatlaw.com | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ | |

Debtor   **N. L. Abrolat, Inc.**   Case number (*if known*) _____
      Name

7. **Describe debtor's business**    A. *Check one:*

   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

   ☐ Railroad (as defined in 11 U.S.C. § 101(44))

   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

   ■ None of the above

   B. *Check all that apply*

   ☐ Tax-exempt entity (as described in 26 U.S.C. §501)

   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

   ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   _____

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

   ☐ Chapter 7

   ☐ Chapter 9

   ■ Chapter 11. *Check all that apply:*

      ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

      ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

      ☐ A plan is being filed with this petition.

      ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

      ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11 (Official Form 201A)* with this form.

      ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

   ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**    ■ No.    ☐ Yes.

   If more than 2 cases, attach a separate list.

   District _____   When _____   Case number _____

   District _____   When _____   Case number _____

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**    ■ No    ☐ Yes.

    List all cases. If more than 1, attach a separate list

    Debtor _____   Relationship _____

    District _____   When _____   Case number, if known _____

Debtor  __N. L. Abrolat, Inc._____  Case number (*if known*)_____
　　　　　Name

| | | |
|---|---|---|
| 11. | Why is the case filed in *this district?* | *Check all that apply:*<br>■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| 12. | Does the debtor own or have possession of any real property or personal property that needs immediate attention? | ■ No<br>☐ Yes.　Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** (*Check all that apply.*)<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>　What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>　Number, Street, City, State & ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.　Insurance agency _____<br>　　　　　Contact name _____<br>　　　　　Phone _____ |

■ **Statistical and administrative information**

| | | |
|---|---|---|
| 13. | Debtor's estimation of available funds | *Check one:*<br>■ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |
| 14. | Estimated number of creditors | ■ 1-49　　　　☐ 1,000-5,000　　　☐ 25,001-50,000<br>☐ 50-99　　　　☐ 5001-10,000　　　☐ 50,001-100,000<br>☐ 100-199　　　☐ 10,001-25,000　　☐ More than100,000<br>☐ 200-999 |
| 15. | Estimated Assets | ☐ $0 - $50,000　　　　　☐ $1,000,001 - $10 million　　☐ $500,000,001 - $1 billion<br>☐ $50,001 - $100,000　　 ☐ $10,000,001 - $50 million　☐ $1,000,000,001 - $10 billion<br>☐ $100,001 - $500,000　 ☐ $50,000,001 - $100 million ☐ $10,000,000,001 - $50 billion<br>■ $500,001 - $1 million　　☐ $100,000,001 - $500 million ☐ More than $50 billion |
| 16. | Estimated liabilities | ☐ $0 - $50,000　　　　　☐ $1,000,001 - $10 million　　☐ $500,000,001 - $1 billion<br>☐ $50,001 - $100,000　　 ☐ $10,000,001 - $50 million　☐ $1,000,000,001 - $10 billion<br>☐ $100,001 - $500,000　 ☐ $50,000,001 - $100 million ☐ $10,000,000,001 - $50 billion<br>■ $500,001 - $1 million　　☐ $100,000,001 - $500 million ☐ More than $50 billion |

Debtor    N. L. Abrolat, Inc.                                    Case number (if known) _____
         Name

■ Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    April 4, 2016
               MM / DD / YYYY

X _____    Nancy Abrolat
Signature of authorized representative of debtor    Printed name
                                                    President
Title _____

**18. Signature of attorney**

X _____    Date  April 4, 2016
Signature of attorney for debtor                    MM / DD / YYYY

Marc Lieberman   *Alan W. Forsley*
Printed name

Fredman Lieberman Pearl LLP
Firm name

1875 Century Park East, Ste 2230
Los Angeles, CA 90067
Number, Street, City, State & ZIP Code

Contact phone  310-284-7350    Email address  alan.forsley@flpllp.com

157318 or Alan W. Forsley 180958
Bar number and State

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | N. L. Abrolat, Inc. |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders        12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Anthony Liberatore<br>11845 W. Olympic Blvd.<br>#600W<br>Los Angeles, CA 90064 | | | | | | $92,264.92 |
| Atkinson-Baker Court Reporters<br>500 N. Brand Blvd.<br>Third Floor<br>Glendale, CA 91203 | | | | | | $23,026.35 |
| Beverly Hills Law Corp., PC<br>Sagar Parikh, Esq.<br>433 N. Camden Drive<br>6th Floor<br>Beverly Hills, CA 90210 | Sagar Parikh, Esq.<br><br>310-887-1338 | | | | | $800.00 |
| Cal Interpreting & Translations<br>12304 Santa Monica Blvd.<br>#300<br>Los Angeles, CA 90025 | | | | | | $776.15 |
| Case Anywhere<br>21860 Burbank Blvd.<br>#170<br>Woodland Hills, CA 91367 | | | | | | $240.00 |
| Continental Interpreting<br>4175 E. La Palma Ave.<br>#100<br>Anaheim, CA 92807 | | | | | | $5,547.00 |

Debtor  **N. L. Abrolat, Inc.**                                              Case number *(if known)*
          Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| DDS Attorney Services<br>2900 Bristol, #E-106<br>Costa Mesa, CA 92626 | | | | | | $5,069.24 |
| Esperanza Cervantes Anderson<br>107 S. Fair Oaks Ave.<br>Suite 316<br>Pasadena, CA 91105 | | | Disputed | | | $45,529.32 |
| Fraser Richards LLC<br>7922 Winchester Circle<br>Goleta, CA 93117 | | | Disputed | | | $13,621.39 |
| Heritage Associates, Inc.<br>Don McNamara<br>27971 Hudgeline Drive<br>Laguna Niguel, CA 92677 | | | | | | $1,013.45 |
| IPFS - Mal Practice Insurance<br>20631 Ventura Blvd. #302<br>Woodland Hills, CA 91364 | | | | | | $1,290.70 |
| Leader Office Solutions<br>10410 Pioneed Blvd. #23<br>Santa Fe Springs, CA 90670 | | | | | | $653.96 |
| Marlene Aquino<br>1904 Denton Ave.<br>San Gabriel, CA 91776 | | | | | | $3,025.00 |
| Pamela M. Teren, Pamela Teren, Inc.<br>Teren Law Group<br>c/o Josef D. Houska, Esq.<br>11911 San Vicente Blvd., Suite 324<br>Los Angeles, CA 90049 | Josef D. Houska, Esq.<br><br>310-476-0300 | Judgment | Disputed | | | $521,978.79 |

Debtor  **N. L. Abrolat, Inc.**  Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| RGL Forensics<br>Hank Kahrs<br>7887 E. Bellview Ave.<br>#1200<br>Englewood, CO 80111 | | | | | | $54,260.50 |
| Skorheim & Associates<br>28202 Cabot Road<br>#300<br>Laguna Niguel, CA 92677 | | | Disputed | | | $36,429.00 |
| Stratos - Videos<br>4295 San Felipe<br>#125<br>Houston, TX 77027 | | | | | | $360.00 |
| Thomas Reuters<br>PO Box 64833<br>Saint Paul, MN 55164 | | | | | | $932.02 |
| US Legal Court Reporters<br>11845 W. Olympic Blvd.<br>#600W<br>Los Angeles, CA 90064 | | | | | | $40,693.28 |
| Vavoulis - Experts<br>445 S. Figueroa Street<br>#3700<br>Los Angeles, CA 90071 | | | Disputed | | | $28,776.00 |

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address<br>**Marc Lieberman**<br>**1875 Century Park East, Ste 2230**<br>**Los Angeles, CA 90067**<br>**310-284-7350 Fax: 310-432-5999**<br>California State Bar Number: **157318 or Alan W. Forsley 180958**<br>alan.forsley@flpllp.com<br><br>■ *Attorney for:* | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br>    **N. L. Abrolat, Inc.**<br>    Debtor(s), | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER:   **11** |
|---|---|
| Plaintiff(s),<br><br><br><br>Defendant(s). | **CORPORATE OWNERSHIP STATEMENT PURSUANT TO FRBP 1007(a)(1) and 7007.1, and LBR 1007-4**<br><br>[No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,   __Marc Lieberman 157318 or Alan W. Forsley 180958__   , the undersigned in the above-captioned case, hereby declare
      *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012

F 1007-4.CORP.OWNERSHIP.STMT

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1. I have personal knowledge of the matters set forth in this Statement because:
   - ☐ I am the president or other officer or an authorized agent of the Debtor corporation
   - ☐ I am a party to an adversary proceeding
   - ☐ I am a party to a contested matter
   - ■ I am the attorney for the Debtor corporation

2.a. ☐ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:
   *[For additional names, attach an addendum to this form.]*

   b. ■ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

| | |
|---|---|
| **April 4, 2016** | By: _[signature]_ |
| Date | Signature of Debtor, or attorney for Debtor |
| | Name: Marc Lieberman 157318 or Alan W. Forsley 180958 |
| | Printed name of Debtor, or attorney for Debtor |

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                 F 1007-4.CORP.OWNERSHIP.STMT

## ACTION BY DIRECTORS OF CORPORATION

N. L. Abrolat, Inc. (the "Company") does hereby adopt the following action by the members:

    RESOLVED, that the Company file a Chapter 11 Petition in the United States Bankruptcy Court, Central District of California;

    FURTHER RESOLVED, that the Company retain Fredman Lieberman Pearl LLP to represent ti as legal counsel in said proceeding; and

    FURTHER RESOLVED, that Chief Executive Officer Nancy Abrolat be authorized to execute any and all document requisite to said filing on behalf of the Company.

Dated: April 4, 2016

                                                Nancy Abrolat, President

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Marc Lieberman<br>1875 Century Park East, Ste 2230<br>Los Angeles, CA 90067<br>310-284-7350 Fax: 310-432-5999<br>California State Bar Number: 157318 or Alan W. Forsley 180958<br>alan.forsley@flpllp.com | FOR COURT USE ONLY |
|---|---|
| ☐ Debtor(s) appearing without an attorney<br>☒ Attorney for Debtor | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>N. L. Abrolat, Inc.<br><br><br>Debtor(s). | CASE NO.:<br>CHAPTER: 11<br><br>**VERIFICATION OF MASTER MAILING LIST OF CREDITORS**<br><br>[LBR 1007-1(a)] |
|---|---|

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __4__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: April 4, 2016

_Signature of Debtor 1_

Date: _____

_Signature of Debtor 2 (joint debtor) (if applicable)_

Date: April 4, 2016

_Signature of Attorney for Debtor (if applicable)_
ALAN W. FORSLEY

N. L. Abrolat, Inc.
840 Apollo Street
Suite 300
El Segundo, CA 90245


Marc Lieberman
Fredman Lieberman Pearl LLP
1875 Century Park East, Ste 2230
Los Angeles, CA 90067


Anthony Liberatore
11845 W. Olympic Blvd.
#600W
Los Angeles, CA 90064


Atkinson-Baker Court Reporters
500 N. Brand Blvd.
Third Floor
Glendale, CA 91203


Beverly Hills Law Corp., PC
Sagar Parikh, Esq.
433 N. Camden Drive
6th Floor
Beverly Hills, CA 90210


Cal Interpreting & Translations
12304 Santa Monica Blvd.
#300
Los Angeles, CA 90025


California Storage
1921 E. Maple Ave.
El Segundo, CA 90245


Case Anywhere
21860 Burbank Blvd.
#170
Woodland Hills, CA 91367

Continental Development, L.P. II
2041 Rosecrans Avenue
#200
El Segundo, CA 90245


Continental Interpreting
4175 E. La Palma Ave.
#100
Anaheim, CA 92807


DDS Attorney Services
2900 Bristol, #E-106
Costa Mesa, CA 92626


Esperanza Cervantes Anderson
107 S. Fair Oaks Ave.
Suite 316
Pasadena, CA 91105


Fraser Richards LLC
7922 Winchester Circle
Goleta, CA 93117


Heritage Associates, Inc.
Don McNamara
27971 Hudgeline Drive
Laguna Niguel, CA 92677


IPFS - Mal Practice Insurance
20631 Ventura Blvd.
#302
Woodland Hills, CA 91364


Leader Office Solutions
10410 Pioneed Blvd.
#23
Santa Fe Springs, CA 90670

Marlene Aquino
1904 Denton Ave.
San Gabriel, CA 91776


Nancy Abrolat
2515 Manhattan Ave.
Hermosa Beach, CA 90254


Pamela M. Teren, Pamela Teren, Inc.
Teren Law Group
c/o Josef D. Houska, Esq.
11911 San Vicente Blvd., Suite 324
Los Angeles, CA 90049


RGL Forensics
Hank Kahrs
7887 E. Bellview Ave.
#1200
Englewood, CO 80111


Robert Carew
2515 Manhattan Ave.
Hermosa Beach, CA 90254


Skorheim & Associates
28202 Cabot Road
#300
Laguna Niguel, CA 92677


Stratos - Videos
4295 San Felipe
#125
Houston, TX 77027


Thomas Reuters
PO Box 64833
Saint Paul, MN 55164

US Legal Court Reporters
11845 W. Olympic Blvd.
#600W
Los Angeles, CA 90064


Vavoulis - Experts
445 S. Figueroa Street
#3700
Los Angeles, CA 90071